UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SR CONSTRUCTION INC., | § | |
| | § | |
| Plaintiff/Appellant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3486-B |
| | § | |
| HALL PALM SPRINGS, LLC, | § | |
| | § | |
| Defendant/Appellee. | § | |

## MEMORANDUM ORDER

Before the Court in this bankruptcy appeal is Appellant SR Construction, Inc. (SRC)'s Emergency Motion for Immediate Stay Pending Appeal (Doc. 2). The motion is essentially identical to, and seeks the same relief as, that filed by SRC in another pending action. *See* Emergency Mot., *SR Construction v. RE Palm Springs LLC, et al.*, No. 3:20-cv-3487-B (N.D. Tex. Nov. 24, 2020), ECF No. 2 (the "Second Appeal"). The motion in the Second Appeal was fully briefed. By separate Memorandum Opinion and Order entered today, the Court **DENIED** the motion in the Second Appeal. For the reasons set forth in that Memorandum Opinion and Order, the Court **DENIES** SRC's motion (Doc. 2) in this case, too.

SO ORDERED.

SIGNED: December 1, 2020.

- 1 -

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE